PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

| | | |
|---|---|---|
| DOCKET NUMBER *(Tran. Court)* | 3:13CR00049 | |
| DOCKET NUMBER *(Rec. Court)* | 2:26-cr-0125 DAD | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Donta Ratcliff<br>Redding, CA | Nevada | U.S. Probation Office |
| | NAME OF SENTENCING JUDGE: Howard D. McKibben | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM: 5/20/2019 — TO: Lifetime |

FILED
Jul 16, 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

OFFENSE
Failure to Register as a Sex Offender - 18 U.S.C. 2250(a).

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Familial ties, prosocial support systems, employment, housing.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____________ DISTRICT OF Nevada

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Eastern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

July 9, 2026
*Date*

Howard D McKibben
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern DISTRICT OF California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 16, 2026
*Effective Date*

Dale A. Drozd
UNITED STATES DISTRICT JUDGE